■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERVE C. LE DUC, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for reargument denied. Present —Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See 1 A D 2d 984.]

■ In the Matter of the Claim of JOSEPH POKORNY et al., Respondents. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant. ISADOR LUBIN, as Industrial Commissioner, Appellant.— Motion by both appellants to withdraw and discontinue appeal. Motion granted, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of MRS. RAYMOND ROWE, Appellant, against NEW YORK STATE DEPARTMENT OF PUBLIC WORKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of TESSIE SCHAEFFER, Appellant, against ARCADIA LAKE HOTEL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of BERTHA SHOTKIN, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— Motion for the appointment of an attorney and counselor at law to represent the claimant on this appeal pursuant to subdivision 1 of section 538 of the Unemployment Insurance Law (as amd. by L. 1955, ch. 728). Motion granted and Robert A. Harder, Esq., is appointed as attorney for claimant. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ LESTER F. STALKER, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.